■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANONYMOUS, Appellant. [45 NYS3d 784]—Judgment, Supreme Court, New York County (Gregory Carro, J.), rendered January 3, 2011, convicting defendant, upon his plea of guilty, of two counts of burglary in the third degree and two counts of attempted assault in the second degree, and sentencing him to an aggregate term of 10 to 20 years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of reducing the sentences on the burglary convictions to 2 to 4 years each, resulting in a new aggregate term of 7 to 14 years, and otherwise affirmed.

We find the sentence excessive to the extent indicated. Concur—Mazzarelli, J.P., Manzanet-Daniels, Feinman, Webber and Gesmer, JJ.